**Order entered December 2, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00475-CV

### IN THE INTEREST OF B.M.Y. AND J.M.Y., CHILDREN

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-98-16446-T**

## ORDER

Before the Court are (1) appellee's November 30, 2016 pro se unopposed motion to extend time to file appellee's brief and (2) Georganna L. Simpson's December 1, 2016 notice of appearance and designation of counsel for appellee. Because appellee is represented by counsel, we will take no action on her pro se motion for extension of time to file appellee's brief. *See In the Interest of D.W.*, 445 S.W.3d 913, 914 n. 1 (Tex. App—Dallas 2014, pet. denied) (appellant not entitled to hybrid representation).

We **DIRECT** the Clerk of the Court to add Georganna L. Simpson, 1349 Empire Central Drive, Woodview Tower, Ste. 600, Dallas, TX 75247, (214) 905-3739, State Bar Number 18400965, as lead counsel for appellee. Appellee's brief is due on or before **January 17, 2017**.


/s/     CRAIG STODDART
         JUSTICE